**Order entered February 6, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01637-CV

## DR. RICHARD MALOUF, Appellant

## V.

## GRAHAM WOOD AND AOL, INC., Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06268-C**

## ORDER

We **GRANT** appellees' February 5, 2014 unopposed motion to withdraw Katherine Fallow as lead counsel and February 5, 2014 notice of substitution of lead counsel. We **DIRECT** the Clerk of the Court to remove Katherine Fallow as appellees' counsel and substitute Jessica Amunson in her place.

/s/     ELIZABETH LANG-MIERS
         JUSTICE